## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

DOUGHTY

VERSUS

VANNOY, ET AL.

CIVIL ACTION

20-117-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes dated September 25, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims against Darrell Vannoy, Joseph LaMartinarre, Tim Delaney, Jimmy Cruze, Chad Oubre, and James LeBlanc are hereby dismissed with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted.

Signed in Baton Rouge, Louisiana on October ~~7~~ 13th, 2020.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.
[3] Rec. Doc. 9.